```
 1  PATRICK L. FORTE, #80050
    ANNE Y. SHIAU, #273709
 2  LAW OFFICES OF PATRICK L. FORTE
    One Kaiser Plaza, #480
 3  Oakland, CA 94612
    Telephone: (510) 465-3328
 4  Facsimile: (510) 763-8354

 5  Attorneys for Debtor

 6

 7

 8                    UNITED STATES BANKRUPTCY COURT

 9                    NORTHERN DISTRICT OF CALIFORNIA

10  In re:                             Case No. 06-42525 RLE

11  GENEVA ANN MALBREAU,                Chapter 13

12              Debtor.                 MOTION TO MODIFY CHAPTER 13 PLAN;
                                        NOTICE TO CREDITORS OF
13  _____/     DEADLINE TO REQUEST A HEARING
```

14     The above-named debtor applies to the court for an order to modify her Chapter 13 Plan as follows:

16     Debtor's August plan payment shall be suspended. Commencing September 2011, debtor will pay $80.00 per month to the Trustee. Any plan arrearages shall be forgiven. Unsecured, non-priority creditors shall be paid on a pro-tanto basis.

20     The modification is sought on the following grounds:

21     Debtor's hours at her job have been cut and her expenses have increased.

23     **NOTICE IS HEREBY GIVEN:**

24     (i)  That Local Rule 9014-1 of the United States Bankruptcy Court for the Northern District of California prescribes the procedures to be followed and that any objection to the requested relief, or a request for

Page 1 of 2

hearing on the matter must be filed and served upon the undersigned within twenty one (21) days of mailing of this notice;

    (ii) That a request for hearing or objection must be accompanied by any declarations or memoranda of law the party objecting or requesting wishes to present in support of its position;

    (iii) That if there is not a timely objection to the requested relief or a request for hearing, the Court may enter an order granting the relief by default; and

    (iv) That the undersigned will give at least seven (7) days written notice of hearing to the objecting or requesting party, and to any trustee or committee appointed in the case, in the event an objection or request for hearing is timely made.

Dated: August 23, 2011

                               /s/ Anne Y. Shiau
                               ANNE Y. SHIAU
                               Attorney for Debtor